No. 212.   OSBORNE *v.* SOUTH CAROLINA.   October 11, 1943.   Petition for writ of certiorari to the Supreme Court of South Carolina denied.   MR. JUSTICE MURPHY is of the opinion that the petition should be granted.   *Sammie Osborne, pro se.*

No. 218.   SKIDMORE ET AL. *v.* SWIFT & Co.   October 11, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   MR. JUSTICE BLACK is of the opinion that the petition should be granted.   *Mr. Mack Taylor* for petitioners.

No. 271.   STILWELL *v.* NORMENT ET AL.   October 11, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied for the reason that application therefor was not made within the time provided by law.   § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350.   *Mr. Clive L. Wright* for petitioner.   *Mr. Edwin J. Culligan* for respondents.

No. 288.   SWISS NATIONAL INSURANCE Co., LTD. *v.* CROWLEY, ALIEN PROPERTY CUSTODIAN, ET AL.   October 11, 1943.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   The CHIEF JUSTICE, MR. JUSTICE MURPHY, and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.   *Messrs. Frederic R. Coudert* and *Alexis C. Coudert* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Cox,* and *Messrs. George A. McNulty, Harry Leroy Jones, Robert L. Stern,* and *Frederick L. Smith* for respondents.